# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| William , Cassady E. | U.S.D.C. S.D. Alabama | 08/9/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Executor | Estate #1 |
| 3. | Manager | Cassady Farms, LLC (See Part VIII, Note 1) |
| 4. | Manager | Southbury Condo, LLC (See Part VIII, Note 2) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/12/12 - 09/14/12 | Washington, DC | Committee Meeting | Transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (Account) | A | Interest | L | T | | | | | |
| 2. Franklin/Templeton World Fund CL A (TEMWX) IRA | C | Dividend | M | T | | | | | |
| 3. Vanguard Mutual Funds IRA | | | | | | | | | |
| 4. - Asset Allocation Fund | A | Dividend | K | T | | | | | |
| 5. - STAR Fund | B | Dividend | L | T | | | | | |
| 6. Franklin Income Fund CL A IRA (FKINX) | D | Dividend | M | T | | | | | See Note 3, Part VIII. |
| 7. Rental Property - Jefferson Co., B'ham, AL | D | Rent | L | W | Distributed | 06/20/12 | L | | See Note 2, Part VIII. |
| 8. Butler Co, AL land (Apr. 4/14/10) | | None | N | Q | Distributed | 6/20/12 | N | | See Note 1, Part VIII. |
| 9. House & lot, Greenville, AL (Apr. 4/4/10) | C | Rent | K | Q | Distributed | 6/20/12 | K | | See Note 1, Part VIII. |
| 10. Common Stock, Town & Country National Bank | E | Int./Div. | M | U | | | | | |
| 11. Participating Units - Cassady Farms, LLC | | None | N | T | | | | | |
| 12. Participating Units - Southbury Condo, LLC | B | Rent | L | T | | | | | |
| 13. Brokerage Account #1 | | | | | | | | | |
| 14. - Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 15. -Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Int./Div. | K | T | Buy (add'l) | 08/22/12 | J | | |
| 16. | | | K | T | Buy (add'l) | 12/14/12 | J | | |
| 17. -Nuveen Mun Trust Inter Duration Mun Bd Fd CL (NUVBX) | A | Dividend | K | T | Buy (add'l) | 08/22/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | K | T | Buy (add'l) | 12/14/12 | J | | |
| 19.  -T Rowe Prie Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Int./Div. | K | T | Buy (add'l) | 08/22/12 | J | | |
| 20. | | | K | T | Buy (add'l) | 12/14/12 | J | | |
| 21.  -T Rowe Price Tax Free Shrt (PRSFX) | A | Int./Div. | K | T | Buy (add'l) | 08/22/12 | J | | |
| 22. | | | K | T | Buy (add'l) | 12/14/12 | J | | |
| 23.  -Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | Buy (add'l) | 8/22/12 | J | | |
| 24. | | | K | T | Buy (add'l) | 12/14/12 | J | | |
| 25.  -Cohen & Steers Rlty Shs (CSRSX) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 26. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 27.  -Dreyfus Appreciation Fd (DGAGX) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 28. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 29.  -Europacific Growth Fd Fl (AEGFX) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 30. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 31.  -Goldman Sachs Tr (FTXXX) | A | Int./Div. | J | T | Sold (part) | 10/12/12 | J | A | |
| 32. | | | J | T | Buy (add'l) | 8/22/12 | J | | |
| 33. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 34.  -MFS Ser Trust III CL A (MMHYX) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 36. -Nuveen All-American Mun BD FD Instl SHS CL (FAARX) | B | Int./Div. | K | T | Sold (part) | 08/22/12 | J | | |
| 37. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 38. Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 39. -Templeton Income TR GLB BD Advisor (TGBAX) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 40. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 41. -Eagle Mid Cap Stock Fund (HMCJX) | A | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |
| 42. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 43. -Pioneer Global High Yield CL A (PGHYX) (X) | B | Dividend | | | Sold | 11/20/12 | K | A | |
| 44. -Vanguard Bond Index FD Short-Term Port FD CL-INV (VBISX)(X) | A | Dividend | | | Sold | 11/21/12 | J | A | |
| 45. -Fidelity ADV EMERG MKTS (FMKIX) | A | Dividend | J | T | Buy | 8/22/12 | J | | |
| 46. | | | J | T | Buy (add'l) | 12/14/12 | J | | |
| 47. GULF POWER NOTES 5-18-16 (GUA) | | None | K | T | Buy | 11/20/12 | K | | |
| 48. GUGGENHEIM ZACKS INCM ADVAN STRAT PT 2 YR SR 3 REIN (CTZICX) | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 49. | | | K | T | Buy (add'l) | 12/13/12 | J | | |
| 50. FIRST TRUST PORTFOLIOS MUNI INCOME CLOSED END SERIES  REIN | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 51. Transamerica Advisors Life Ins. Co. | D | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. The Ohio National Life Ins. Co. Annuity | B | Distribution | L | T | | | | | |
| 53. Pacific Life Annuity | E | Distribution | L | T | | | | | |
| 54. Estate #1 | | | | | | | | | |
| 55. - Regions Bank (Account) | | None | M | T | | | | | |
| 56. -House / land in Lowndes Co. AL (Approx. 4/14/10) | | None | O | Q | Distributed | 6/20/12 | O | | See Note 1, Part VIII. |
| 57. -Building/ land in Wilcox Co., Camden AL (Approx. 4/14/10) | | | M | Q | | | | | |
| 58. -Franklin Alabama Tax-Free Income Fund- CL C (FALEX) | D | Dividend | L | T | | | | | See Note 3, Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/9/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part I. Positions.
The real property listed in Part VII, lines 8, 9 & 37 of the 2011 Report were transferred into an LLC in June 2012. The LLC issued participating units and their value is listed in Part VII, Line 11.

Note 2 - Part I. Positions.
The real property listed in Part VII, line 7 of the 2011 Report, was transferred into an LLC in June 2012. I am the Manager and only member of the LLC.

Note 3 - Part VII. Investments and Trusts
The value codes listed for the assets on lines 6 & 39 of the 2011 Report were incorrect. The proper value code for line 6 should have been M and for line 39 should have been L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cassady E. William**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544